Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8755
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Bryan B. Shisler

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re: | Case No.: 21-50228 |
| Bryan B. Shisler | Chapter 11 |
| Debtor-In-Possession | RS. No. RS-001 |
| | **EVIDENDIARY OBJECTION TO SUPPLEMENTAL DECLARATION** |
| | Date: April 30, 2021<br>Time: 10:00 a.m.<br>Crtrm: Tele\Video Conference |

Debtor Bryan B. Shisler hereby objects to the Supplemental Declaration of Eddy Hsu [Dkt #32]. The basis of the objection is hearsay. Declarant offers debtors of court statements to prove the truth of the matters asserted in the declaration Fed. R. Evid. 801-802.

The testimony at a Section 341 meeting is not part of the record of a Chapter 11 case and its admissibility as substantive as distinguished from rebuttal or impeachment tool, is not without doubt. While the testimony of a debtor is under oath, there is no opportunity to offer defenses or to cross-examine or present witnesses in an attempt to explain or clarify the direct testimony of the debtor. In re Hardy, 319 B.R. 5, 6 (Bankr. M.D. Fla. 2004)

Dated: April 29, 2021

/s/ Marc Voisenat
Marc Voisenat, Attorney for Debtor