EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST
SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX

Attorney for Creditor Shelly Koning



The following constitutes the order of the Court.
Signed: May 5, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 21-50228 MEH |
|---|---|
| | Chapter 11 |
| Bryan B. Shisler, | RS. No. RS-001 |
| Debtor(s). | ORDER GRANTING RELIEF FROM STAY |
| | CREDITOR: Shelly Koning (FKA Shelly Shisler) |
| | Hearing Date: April 30, 2021 |
| | Time: 10:00AM |
| | Via teleconference |
| | Judge: M. Elaine Hammond |

This Court held a hearing on April 30, 2021 regarding Creditor Shelly Koning's (FKA Shelly Shisler) Motion for Relief from Stay (docket item 24) filed on April 2, 2021. Creditor and Movant's attorney, Eddy Hsu Esq., appeared and Marc Voisenat Esq. appeared on behalf of Debtor as Respondent. For reasons stated on the record:

1. The motion for relief from the automatic stay is granted under 11 USC 362(d)(1) in regards to debt held by Creditor Shelly Koning (FKA Shelly Shisler).

2. The motion for relief from the automatic stay is granted under 11 USC 362(d)(4) in regards to real property located at 1497 Bergerac Drive, San Jose, CA 95118 and Creditor Shelly Koning (FKA Shelly Shisler).

3. The (14) day stay under Bankruptcy Rule 4001(a)(3) is NOT waived.

Approval to form and content

Dated: __5/3/2021_____          __/s/ Marc Voisenat_____
                                  Marc Voisenat
                                  Attorney For Debtor

***** END OF ORDER*****

## COURT SERVICE LIST

ECF participants notified electronically.

**Bryan B. Shisler**
**1053 Sinclair Frontage Rd.**
**Milpita, CA 95035**