# Notice Recipients

District/Off: 0971–5   User: admin   Date Created: 5/5/2021
Case: 21–50228   Form ID: pdfeoc   Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Bryan B. Shisler    2580 Lafayette Street    Santa Clara, CA 95050
     Bryan B. Shisler    1053 Sinclair Frontage Rd.    Milpitas, CA 95035

TOTAL: 2